IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CLEODIOUS E. SCHOFFNER,

    Petitioner,

-vs-

WARDEN STEPHEN DUNCAN,

    Respondent.                        No. 14-cv-1390-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus for Lack of Subject-Matter Jurisdiction.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on March 13, 2015 (Doc. 13), the Motion to Dismiss the Petition for Writ of Habeas Corpus is **GRANTED.** The Petition for Writ of Habeas Corpus is **DISMISSED without prejudice** .

                              JUSTINE FLANAGAN,
                              ACTING CLERK OF COURT

                              BY:  *s/Caitlin Fischer*
                                    Deputy Clerk

**DATED:** March 13, 2015

Digitally signed by David R. Herndon
Date: 2015.03.13 15:13:22 -05'00'

**APPROVED:**
    U.S. DISTRICT JUDGE
    U. S. DISTRICT COURT